**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000695**
**19-FEB-2026**
**01:22 PM**
**Dkt. 241 ODMR**

NOS. CAAP-23-0000695 AND CAAP-24-0000314


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RONDA BESELT, Plaintiff-Appellant,
v.
WALDORF=ASTORIA MANAGEMENT LLC,
a foreign limited liability company,
Defendant/Cross-claim Defendant-Appellee, and
DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Defendant/Cross-claimant-Appellee, and
JOHN DOES 1-5; JANE DOES 1-5; ROE CORPORATIONS 1-5;
ROE NON-PROFIT CORPORATIONS 1-5; and
ROE GOVERNMENTAL AGENCIES 1-5, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000597)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the February 10, 2026 Motion for Reconsideration (**Motion for Reconsideration**) filed by self-represented Plaintiff-Appellant Ronda Beselt (**Beselt**), also known as Ronda Melnychuk-Beselt, the papers in support and the record, it appears that Beselt moves for reconsideration of the January 30, 2026 Summary Disposition Order. The Motion for Reconsideration presents no point of law or fact that the court

overlooked or misapprehended.  <u>See</u> Rule 40(b) of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, February 19, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge